

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

**FILED**
OCT 23 2017
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Plaintiff(s) Gary T. Morrison

vs.

Case Number: **17 CV 591 TCK - JFJ**

Defendant(s) New York Life Insurance

## COMPLAINT

A. Parties

1) Gary T. Morrison , is a citizen of Oklahoma
   (Plaintiff)                          (State)

   who presently resides at 4338 S. Garnett Road Apt. 302 74146-4250
                                                 (mailing address if different from residence)

2) Defendant New York Life Insurance Company is a citizen of New York, New York
            (Name of first defendant)                         (City, State)

   and is employed as Life Insurance Corporation
                     (Position and title, if any)

3) Defendant N/A is a citizen of N/A
            (Name of second defendant)      (City, State)

   and is employed as N/A
                     (Position and title, if any)

[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]

B. Jurisdiction

1) Jurisdiction is asserted pursuant to:
   Eleventh Article of U.S Constitution; Federal Question 28 U.S.C 1331 and U.S.C 1332

C. Nature of Case

1) Briefly state the background of your case:
   The situation arised when I wrote New York Life Insurance Company, to give up my insurance policy it's cash value but was denied recovery of benefits due to me.

D. Cause of Action

   I allege the following:

   1. New York Life Insurance Company was

Complaint                                     1                                    CV-05 (12/05)

fraudulent from the beginning.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

I have preponderance of documentary evidence of insurance fraud perpetrated by employees acting

2. in collaboration using technology in the most unprofessional agitating way the places and time this occurred: Tulsa, Oklahoma; New York, New York; Tampa, Florida; 9A.M to

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

5P.M; Central; Eastern Times Zones "Via" phone interaction and United States Postal delivery from August 10th 2015 to

3. April 14th 2017 done by the following individuals; Brian C. Coutrel; Cheryl Jones; Freida Gold; Jeremy Mancuso; Jerry Feinstein; Kettia (last name unknown); Maria Gabor; Simone Ho

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

well; Socorro Sancho; Traci D. Brown; Victor A. Verastegui aka Christian Rubiani.

[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]

E. Request for Relief

I believe that I am entitled to the following relief:

58 Trillion Dollars

_Gary D. Morrison_
Original Signature of Plaintiff

4338 S. Garnett Rd. Apt 302
Current Address

Tulsa, OK    74146-4258
City                State    ZIP

(918) 551-9222
Telephone