# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GARY T. MORRISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-CV-591-GKF-JFJ |
| | ) |
| NEW YORK LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the court's order dated November 1, 2017, it is hereby ordered, adjudged, and decreed that this action be dismissed with prejudice.

ENTERED this 1st day of November, 2017.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT